In the Matter of JACK DAVIS, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, et al., Respondents.

Submitted September 26, 2011; decided November 17, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

SUSAN M. DENARO, Respondent, v ROBERT J. DENARO, Appellant.

Submitted September 26, 2011; decided November 17, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.